# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   ROBERT G. RICE & WANDA C. RICE                     Case Number: 06-70439
         215 N. JOHNSTON AVENUE                 SSN-xxx-xx-8487 & xxx-xx-5889
         ROCKFORD, IL  61101

                                                  Case filed on:        3/27/2006
                                                  Plan Confirmed on:    5/26/2006
                           D Dismissed

Total funds received and disbursed pursuant to the plan: $7,440.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BENEFICIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BENEFICIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | LARSON & NIERLING | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | COLLECTECH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ROBERT G. RICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BENEFICIAL ILLINOIS INC | 40,182.51 | 0.00 | 0.00 | 0.00 |
| 002 | BENEFICIAL ILLINOIS INC | 8,929.54 | 8,929.54 | 7,025.11 | 0.00 |
|  | Total Secured | 49,112.05 | 8,929.54 | 7,025.11 | 0.00 |
| 006 | ACCOUNT RECOVERY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ACT MEDICAL GROUP | 68.34 | 8.88 | 0.00 | 0.00 |
| 010 | AFFILIATED SURGEONS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ANNOINTED HELP MEDICAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ARROW FINANCIAL SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ASPIRE VISA | 1,127.31 | 146.55 | 0.00 | 0.00 |
| 014 | ASSOCIATED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CB&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CAPITAL ONE | 955.61 | 124.23 | 0.00 | 0.00 |
| 017 | CAPITAL ONE | 2,637.78 | 342.91 | 0.00 | 0.00 |
| 018 | CHECK IT | 362.00 | 47.06 | 0.00 | 0.00 |
| 020 | COMED CO | 1,690.58 | 219.78 | 0.00 | 0.00 |
| 022 | DISNEY MOVIE CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | FIRST NATIONAL BANK OF MARIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ECAST SETTLEMENT CORPORATION | 458.95 | 59.66 | 0.00 | 0.00 |
| 025 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ACCOUNT RECOVERY SERVICES INC | 116.42 | 15.13 | 0.00 | 0.00 |
| 027 | MEDICAL PAIN MANAGEMENT SERVICES | 59.66 | 7.76 | 0.00 | 0.00 |
| 028 | MERRICK BANK | 1,040.49 | 135.26 | 0.00 | 0.00 |
| 029 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,041.18 | 135.35 | 0.00 | 0.00 |
| 033 | OSI COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | PACIFIC PULMONARY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | PRIMARY EYE CARE CENTERS PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | PORTFOLIO RECOVERY ASSOCIATES | 689.34 | 89.61 | 0.00 | 0.00 |
| 037 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | RISK MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ROCKFORD GASTROENETEROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | ROCKFORD HEALTH PHYSICIANS | 559.06 | 72.68 | 0.00 | 0.00 |
| 042 | ROCKFORD MEMORIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | ROCKFORD MERCANTILE AGENCY INC | 1,919.39 | 249.52 | 0.00 | 0.00 |
| 044 | ROCKFORD NEPHROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | SOUTHWEST CREDIT SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | STERLING MEDICAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | CREDITORS PROTECTION SERVICE, INC | 1,292.17 | 167.98 | 0.00 | 0.00 |
| 049 | GENERAL MOTORS ACCEPTANCE CORP | 4,973.84 | 646.60 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 050 | JEFFERSON CAPITAL SYSTEMS, LLC | 415.19 | 53.97 | 0.00 | 0.00 |
| 051 | LVNV FUNDING LLC | 411.78 | 53.53 | 0.00 | 0.00 |
| 052 | AMEX | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | CITI | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | ESB/HARLEY DAVIDSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | HLZG/CBUSA | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | HSBC/CARSN | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | JAGUAR CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | WFFINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | WFFINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 19,819.09 | 2,576.46 | 0.00 | 0.00 |
| | Grand Total: | 68,931.14 | 11,506.00 | 7,025.11 | 0.00 |

Total Paid Claimant:    $7,025.11
Trustee Allowance:      $414.89
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008          By  /s/Heather M. Fagan